IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE, WASHINGTON

| | |
|---|---|
| KELLIE NUOVO, <br><br> Plaintiff, <br><br> v <br><br> HOLLAND AMERICA LINE, INC., a Washington Corporation, HAL ANTILLEN, N.V., a Curacao Corporation, HOLLAND AMERICA LINE N.V., a Curacao Corporation, HAL NEDERLAND N.V., a Curacao Corporation, HOLLAND AMERICA LINE – USA, INC., and HAL MARITIME, LTD., <br><br> Defendants. | No.: 2:20-CV-00332-BJR |

**ORDER ON PARTIES' JOINT MOTION TO STAY**

THIS CAUSE having come before the Court upon the Joint Motion to Stay and the Court having reviewed the motion, it is hereby

**ORDERED** that the motion is **GRANTED**. This action shall be stayed pending the outcome of the proceeding the AAA.

Dated this 31st day of July 2020.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge