THE HONORABLE BARBARA J. ROTHSTEIN

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR KING COUNTY

| | |
|---|---|
| KELLIE NUOVO,<br><br>Plaintiff,<br><br>v<br><br>HOLLAND AMERICA LINE, INC., a Washington Corporation, HAL ANTILLEN, N.V., a Curacao Corporation, HOLLAND AMERICA LINE N.V., a Curacao Corporation, HOLLAND AMERICA LINE – USA, INC., and HAL MARITIME, LTD.,<br><br>Defendants. | No.: 20-cv-00332 BJR<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## **STIPULATION**

**COME NOW** Plaintiff KELLIE NUOVO and Defendants Holland America Line Inc., Holland America Line N.V., HAL Antillen N.V., Holland America Line – USA, INC., and HAL Maritime, Ltd. through their respective counsel, and stipulate to the entry of an Order of Dismissal of Plaintiff's Claims Against Defendants, in their entirety, with prejudice and without costs, for the reason that the named parties have reached final settlement in this matter.

STIPULATION AND ORDER
OF DISMISSAL - 1

Anderson & Mitchell, PLLC
100 S. King St., Suite 560
Seattle, WA 98104
Phone: (206) 436-8490
Fax: (206) 436-8491

DATED this _____ day of May, 2022.

/s/Louis Shields
LOUIS A. SHIELDS, WSBA # 25740
LEGROS BUCHANAN & PAUL
4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106
Telephone:   206-623-4990
Facsimile:    206-467-4828
Email:         lshields@legros.com
Attorney for Defendants


/s/Wayne Mitchell
WAYNE MITCHELL, WSBA # 24347
ANDERSON & MITCHELL, PLLC
1239 120th Ave. NE, Suite A
Bellevue, WA 98005
Telephone:   206-436-8490
Email:          wayne@andersonmitchell.com
Attorneys for Plaintiff


/s/Nicholas Gerson
NICHOLAS GERSON, *pro hac vice*
GERSON & SCHWARTZ, PA
1980 Coral Way
Miami, FL 33145
Telephone:   305-371-6000
Email:          ngerson@gslawusa.com
Attorneys for Plaintiff

STIPULATION AND ORDER
OF DISMISSAL - 2

**Anderson & Mitchell, PLLC**
100 S. King St., Suite 560
Seattle, WA 98104
Phone: (206) 436-8490
Fax: (206) 436-8491

ORDER

Based upon the foregoing Stipulation, the referenced claims of Plaintiff are hereby dismissed with prejudice, and without costs.

Dated this 2nd day of May, 2022.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented By:

ANDERSON & MITCHELL, PLLC

By */s/Wayne Mitchell*
WAYNE MITCHELL, WSBA # 24347
1239 120th Ave. NE, Suite A
Bellevue, WA 98005
Telephone:   206-436-8490
Email:           wayne@andersonmitchell.com
Attorneys for Plaintiff

STIPULATION AND ORDER
OF DISMISSAL - 3

**Anderson & Mitchell, PLLC**
100 S. King St., Suite 560
Seattle, WA 98104
Phone: (206) 436-8490
Fax: (206) 436-8491